# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LISA MARIE DZUGAN ) | |
| ) | Case No. 07-04865 |
| ) | Chapter 13 |
| Debtor. ) | Honorable A. Benjamin Goldgar |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

BMO Harris Bank N.A. f/k/a Harris N.A. files this Response to the Trustee's Notice of Payment of Final Mortgage Cure pursuant to Fed. R. Bank. Proc. 3002.1(f) and states as follows:

1. The cure amounts under the Plan has been satisfied.

2. The current payments to be made under the Plan were not timely made and are past due. The current payments are past due since March 2010 and thereafter in the amount of $22,639.55 as of March 20, 2012.

Total Past Due:

| | |
|---|---|
| Principal and Interest: | $14,506.58 |
| Tax Payments: | $8,132.97 |
| Late Fees: | $698.78 |
| Past Due Late Fees: | $1,321.21 |
| Appraisal Fees: | $525.00 |
| Door Knock Fees: | $60.00 |
| Legal Fees/Costs: | $6,588.91 |
| Unapplied Funds: | ($697.90) |
| Total Past Due: | $31,135.55 |

7903958.1 28033/151634

## CERTIFICATE OF SERVICE

     I, Gary E. Green, an attorney, do hereby certify that I caused a copy of Response, by way of electronic filing with the United States Bankruptcy Court, Northern District of Illinois, on June 5, 2012 and by mail as indicated below.

                                                                              /s/ Gary E. Green

Gary E. Green (ggreen@clarkhill.com)
CLARK HILL PLC
150 N. Michigan Ave, Suite 2700
Chicago, IL 60601
Telephone No.: (312) 985-5900

## SERVICE LIST
CASE NO. 07-04865

David P. Leibowitz
420 Clayton St.
Waukegan, IL 60085-4232

*Trustee*
Glen B. Stearns
801 Warrenville Rd.
Suite 650
Lisle, IL 60532

## By U.S. Mail – Proper Postage Affixed

Lisa Marie Dzugan
35608 N. Lake Drive
Ingleside, IL 60041

7903958.1 28033/151634